IN THE UNITED STATES DISTRICT COURT
                    FOR THE SOUTHERN DISTRICT OF OHIO
                              EASTERN DIVISION

United States of America

    v.                              2:17-cr-87-2

Richard Douglas Dawkins

                                 ORDER

    There being no objections, the court hereby adopts the Report and Recommendation of the magistrate judge (Doc. 41) that the defendant's guilty pleas be accepted. The court accepts the defendant's pleas of guilty to Counts 1 and 6 of the indictment, and he is hereby adjudged guilty on those counts. The court will defer the decision of whether to accept the plea agreement until the sentencing hearing.

Date: October 20, 2017                    s\James L. Graham
                                          James L. Graham
                                          United States District Judge